UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :    MISDEMEANOR
                                         INFORMATION

         - v. -                      :    13 Cr.

REBECCA TEMAN,                       :    **13 CRIM 886**

              Defendant.             :

- - - - - - - - - - - - - - - - - - -x

                      COUNT ONE

       The United States Attorney charges:

       1.   On or about July 29, 2013, in the Eastern District of New York and elsewhere, REBECCA TEMAN, the defendant, knowingly did adulterate and misbrand a food, drug, device, tobacco product, and cosmetic in interstate commerce, to wit, TEMAN placed a prescription medication in a container labeled with the name of another medication.

       (Title 21, United States Code, Sections 331(b) and 333(a)(1).)

                                   _____
                                   PREET BHARARA
                                   UNITED STATES ATTORNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

REBECCA TEMAN,

Defendant.

---

MISDEMEANOR INFORMATION

13 Cr.

(21 U.S.C. §§ 331(b) and 333(a)(1).)

PREET BHARARA
United States Attorney.

---

11/12/13  Fld. Misdemeanor Information. Case assigned to Judge Pitman. Defendant present with attorney Sara E. Dill, AUSA Dan Richenthal present. Defendant enters a plea of ~~Not~~ Guilty to Count I. Sentence set for February 20, 2014 at 9:30 a.m. Bail Continued.

Pitman, US MJ